### STUTSKY v. BROOKLYN HEIGHTS R. CO.

(Supreme Court, Appellate Term.  June 22, 1905.)

CARRIERS—VIOLENCE BY CO-PASSENGERS—DISMISSAL.

In an action against a carrier, the dismissal of the complaint at the close of plaintiff's case was error, where there was uncontradicted evidence of more than one attack on plaintiff by fellow passengers, and of notice to the conductor in charge of defendant's car, as it was bound, as far as practicable, to protect passengers from violence committed by co-passengers.

Appeal from Municipal Court, Borough of Manhattan, Thirteenth District.

Action by Gerson Stutsky against the Brooklyn Heights Railroad Company.  From a judgment for defendant, plaintiff appeals.  Reversed.

See 88 N. Y. Supp. 358.

Argued before SCOTT, P. J., and DUGRO and MacLEAN, JJ.

Siegel & Louis, for appellant.

George D. Yeomans, for respondent.

MacLEAN, J.  It was error for the trial justice to dismiss the complaint at the close of the plaintiff's case, for there was uncontradicted evidence of more than one attack upon the plaintiff by fellow passengers, and of notice thereof by the conductor in charge of the car of the defendant, which by law "is bound, so far as prac-

ticable, to protect his passengers, while being conveyed, from violence committed by strangers and co-passengers." Stewart v. Brooklyn & Crosstown R. Co., 90 N. Y. 588, 591, 43 Am. Rep. 185.

Judgment reversed and new trial ordered, with costs to appellant to abide the event. All concur.